UNITED STATES of America, Plaintiff–Appellee,

v.

Alejandro **RODRIGUEZ–MALDONA- DO,** a.k.a. Alejandro R. Maldonado, a.k.a. Alexandro R. Maldonado, a.k.a. Felipe Olivera Mejia, Defendant–Appellant.

No. 11–10082.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 22, 2012.

Kathy Lemke, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Tonya Jill Peterson, Esquire, Law Offices, Phoenix, AZ, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Alejandro Rodriguez–Maldonado appeals from his guilty-plea conviction and 21–month sentence for re-entry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,*

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rodriguez–Maldonado's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.